IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 3:25-po-0073-DMC-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JASON T. YOUNG, | |
| Defendant. | |

For good case shown and on the Government's request, citation no. 6307916 is dismissed. All pending hearing dates are vacated. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: September 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1